UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMEN J. ROMANELLI, JR.,<br><br>         Plaintiff,<br><br>    v.<br><br>PATHMARK STORES, INC.,<br><br>         Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-2404<br>(JEI/JS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DENYING PLAINTIFF'S REQUEST FOR A COURT-APPOINTED ATTORNEY**<br>**(Docket Nos. 11, 14, 15)** |

**APPEARANCES:**

CARMEN J. ROMANELLI, *pro se*
507 Meadowbrook Drive
Mays Landing, NJ 08330

FISHER & PHILLIPS LLP
By: Wayne E. Pinkstone, Esq.
Radnor Financial Center
201 King of Prussia Road, Suite 650
Radnor, PA 19087
     Counsel for Defendant

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendant Pathmark Stores, Inc.'s Motion to Dismiss the Amended Complaint with prejudice (Dkt. No. 11), and Plaintiff Carmen J. Romanelli's letters to the Court requesting a court-appointed attorney (Dkt. Nos. 14 and 15); the Court having considered the submission of Defendant and no submission having been received from Plaintiff; and for the reasons set forth in an Opinion issued on even date herewith; and for good cause appearing;

   **IT IS** on this **2nd** day of December, 2009,

**ORDERED THAT:**

**1.** Defendant's Motion to Dismiss the Amended Complaint with prejudice is hereby **GRANTED**.

**2.** To the extent that Plaintiffs' letters to the court (Dkt. Nos. 14 and 15) are construed as a Motion for the Appointment of an Attorney, the Motion is hereby **DENIED**.

```
                                    s/ Joseph E. Irenas
                                JOSEPH E. IRENAS, S.U.S.D.J.
```